Law Offices of
# JAMES E. BAHAMONDE, P.C.
2501 Jody Court
North Bellmore, NY 11710
Long Island Tel. (516) 783-9662
New York City Tel. (646) 290-8258
Fax No. (646) 435-4376
James@CivilRightsNY.com

**BY ECF**

February 25, 2013

Judge Nicholas G. Garaufis
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11120

      Re:    *Shariff v. Radamar Meat Corp.*
              E.D.N.Y.    11cv6369 (NGG)(RML)

Dear Judge Garaufis:

      This Office represents Plaintiff Abdul Shariff and respectfully requests a pre-motion conference. On January 13, 2013, the Clerk issued a certificate of default. Now, Plaintiff intends to file a motion for default pursuant to Fed. R.Civ.P. 55(b)(2).

      This action was commenced on December 29, 2011. Defendant was served on March 1, 2012. On July 30, 2012, because Defendant was properly served and failed to plead or otherwise defend, Plaintiff requested a certificate of default. On January 13, 2013, the Clerk issued a certificate of default. As a result of Defendant's continued default, Plaintiff respectfully requests a pre-motion conference so that he can move for default judgment pursuant to Fed. R.Civ.P. 55(b)(2).

      If you have any questions or comments, please contact me at the above address or telephone number. Thank you.

                    Sincerely yours,

                    */s/ James Bahamonde*

                    James E. Bahamonde, Esq.