Law Offices of
# JAMES E. BAHAMONDE, P.C.

2501 Jody Court
North Bellmore, NY 11710
Long Island Tel. (516) 783-9662
New York City Tel. (646) 290-8258
Fax No. (646) 435-4376
James@CivilRightsNY.com

January 10, 2012

New York Attorney General's Office
Civil Rights Bureau
120 Broadway, 23rd Floor
New York, NY 10272

        Re. *Shariff v. Radamar Meat Corp.*
           E.D.N.Y 11cv6369

To Whom It May Concern:

    Pursuant to New York State Executive Law §§ 40-c and 40-d, Abdul Shariff hereby serves notice to the Attorney General of their civil rights action against RADAMAR MEAT CORP..

    Enclosed herewith is a copy of the complaint to be filed with the Eastern District Court. If anything further is required to satisfy the notice requirement of the aforementioned statute, please contact my office, as soon as possible, so that it may be remedied.

    Please endorse the additional notice and return it to this office in the self-addressed envelope. Thank you.

                                          Very truly yours,

                                          James E. Bahamonde, Esq.